**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN STEVENSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HOME POINT FINANCIAL CORPORATION, <br><br> Defendant. | No: 2:18-cv-10233-KM-SCM |

<u>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff John Stevenson hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Home Point Financial Corporation.

DATED:  October 16, 2018

**GARDY & NOTIS, LLP**

By:  *s/Jennifer Sarnelli*
James S. Notis
Jennifer Sarnelli
Orin Kurtz (*pro hac vice*)
560 Sylvan Avenue, Suite 3085
Englewood Cliffs, NJ 07632
Tel: (201) 567-7377
Fax: (201) 567-7337
jnotis@gardylaw.com
jsarnelli@gardylaw.com
okurtz@gardylaw.com

*Counsel for Plaintiff*

SO ORDERED

Kevin McNulty, U.S.D.J.

Date:  10/21/2018

1